# In the United States District Court
# for the Southern District of Georgia
## Brunswick Division

RONALD STERN, :  CIVIL ACTION

    Plaintiff, :

v. :

FEDERAL BUREAU OF PRISONS, :

    Defendant. :  NO. CV209-37

## ORDER

On October 5, 2009, Magistrate Judge James E. Graham entered a report and recommendation suggesting dismissal of Plaintiff's case. Judge Graham concluded that the prisoner's argument, that the Bureau of Prisons should not have set a restitution payment schedule, was procedurally defaulted because it was not raised on direct appeal.

After an independent review of Stern's objections to the Magistrate Judge's findings, the Court concurs with the Magistrate Judge's suggested disposition of the case and hereby **ADOPTS** the report and recommendation as the order of the Court. Plaintiff's objections are **OVERRULED**. Dkt. No. 51. The Clerk shall enter judgment accordingly.

**SO ORDERED**, this __9th__ day of November, 2009.

                    JUDGE, UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)